FILED

UNITED STATES DISTRICT COURT 04 JAN 29 AM 10: 10
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO, FLORIDA

MICHAEL MEANEY,

Plaintiff(s), CASE NO.

vs.

6:04-CV-126-18JGG

MILLS AIR, INC., a Florida corporation, and LEON MILLS

Defendant(s).
_______________________________/

## COMPLAINT FOR DAMAGES

COMES NOW the Plaintiff, MICHAEL MEANEY, (hereinafter referred to as "Plaintiff"), by and through his undersigned counsel and sues the Defendants, MILLS AIR, INC., a FL Corporation, and LEON MILLS (hereinafter referred to collectively as the "Defendants"), and states as follows:

## INTRODUCTION

1. This is an action by Plaintiff against his employer for unpaid wages, pursuant to the Fair Labor Standards Act ("FLSA"). Plaintiff seeks damages and a reasonable attorney's fee.

## JURISDICTION

2. This action arises under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. Section 201, et. seq. The Court has jurisdiction over the claims pursuant to 29 U.S.C. Section 216(b).

## VENUE

3. The venue of this Court over this controversy is proper based upon the claim arising in Orlando, Orange County, Florida.

## THE PARTIES

4. Plaintiff was at all time material employed by Defendant, MILLS AIR, INC., as an air conditioning installer, at its business located in Orlando, Orange County, Florida, from October 2000 to the present.

5. The Defendant, MILLS AIR, INC., is a Florida corporation that operates a air conditioning business and is based in Orlando, Florida. Defendant, MILLS AIR, INC., is an employer as defined by 29 U.S.C. Section 203(d). The employer has employees subject to the provisions of the FLSA, 29 U.S.C. Section 206, in the facility where Plaintiff was employed.

6. Plaintiff is an employee of MILLS AIR, INC., and, at all times relevant to violations of the Fair Labor Standards Act was engaged in commerce as defined by the FLSA.

7. During Plaintiff's employment, Defendant, MILLS AIR, INC., is and has been an enterprise engaged in commerce or in the production of goods for commerce as defined by the FLSA.

8. Defendant, LEON MILLS was/were at all times material hereto, the owner and/or officer of Defendant, MILLS AIR, INC.

9. Defendant, LEON MILLS at all times material hereto was acting directly or indirectly in the interest of Defendant, MILLS AIR, INC., in relation to Plaintiff's

employment and was substantially in control of the terms and conditions of the employee's work and are therefore considered statutory employers under 29 U.S. C. 203(d).

10. Plaintiff has employed the Pantas Law Firm to represent him in this action and has agreed to pay a reasonable attorney's fee for its services.

**VIOLATION OF THE OVERTIME PROVISIONS**
**OF THE FAIR LABOR STANDARDS ACT UNDER FEDERAL LAW**

11. Plaintiff re-alleges and incorporates herein the allegations contained in paragraphs 1 through 10, above.

12. Throughout the employment of Plaintiff, the Defendants repeatedly and willfully violated Section 7 and Section 15 of the Fair Labor Standards Act by failing to compensate Plaintiff at a rate not less than one and one-half times the regular rate at which he was employed for workweeks longer than forty (40) hours. Specifically, Plaintiff worked numerous weeks in excess of forty (40) hours a week, yet was not compensated for all work in excess of forty (40) hours at a rate not less than one and one-half times the regular rate at which he was employed.

WHEREFORE, Plaintiff demands a judgment against Defendants, jointly and severally for the following:

(a) Unpaid overtime wages found to be due and owing;

(b) An additional amount equal to the unpaid wages found to be due and owing as liquidated damages;

(c) Prejudgment interest in the event liquidated damages are not awarded;

(d) A reasonable attorney's fee and costs; and,

(e) Such other relief as the Court deems just and equitable.

**JURY TRIAL DEMAND**

Plaintiff demands a jury trial on all issues so triable.

Dated: 1/28/04

Respectfully submitted,

CHARLES SCALISE, ESQ.
Florida Bar No.: 0776327
PANTAS LAW FIRM, P.A.
1720 Orange Avenue, Suite 302
Orlando, Florida 32806
Telephone: (407) 425-5775
Facsimile: (407) 425-2778
Trial Counsel for the Plaintiff